UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MAURICIO OTTONIEL IXTECOC
ESPINOZA,# 221-472-177,

    Petitioner,

v.                ACTION NO. 2:26cv123

JEFFREY CRAWFORD, et al.,

    Respondents.

## ORDER

Before the Court is Mauricio Ottoniel Ixtecoc Espinoza's ("Petitioner") Petition for Writ of Habeas Corpus (the "Petition"), filed pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner also filed a Motion for Leave to Proceed In Forma Pauperis which includes a sworn statement affirming his indigency. Petitioner's Motion for Leave to Proceed In Forma Pauperis is **GRANTED** and the Clerk is **DIRECTED** to file the Petition.

Upon consideration of the Petition, this Court exercises its discretion under Rule 1(b) of the Rules Governing Section 2254 Cases in the United States District Courts ("the § 2254 Rules") to apply the § 2254 Rules to the instant § 2241 Petition. Accordingly, the Court hereby **ORDERS** that within **6 days**[1] of the date of this Order, Respondents must file an answer to the Petition, together with any applicable attachments referenced in Rule 5 of the § 2254 Rules, and if appropriate, a motion to dismiss. Any motion to

---

[1] Multiple federal courts have held that the strict time limits established in 28 U.S.C. § 2243, enacted in 1948, are subordinate to a district court's authority to set deadlines under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, approved in 1976. *See, e.g., Wyant v. Edwards*, 952 F. Supp. 348, 352 (S.D.W. Va. 1997); *Olya v. Garite*, No. EP-25-CV-0083, 2025 WL 890180, at *1 (W.D. Tex. Mar. 19, 2025) (citing cases); *Adejola v. Barr*, No. 19-CV-0241, 2019 WL 13218657, at *1 (W.D.N.Y. Mar. 18, 2019); *see also Bleitner v. Welborn*, 15 F.3d 652, 653–54 (7th Cir. 1994). The Court **FINDS** that the three day response period contemplated by § 2243 is not sufficient to allow Respondents to gather and review the pertinent evidence and respond to the Petition.

dismiss should be filed separately from the answer within the same time period. Petitioner may, if he desires, file a reply to Respondents' answer or motion to dismiss **within seven (7) days** of receipt of Respondents' filings.

It is further **ORDERED** that Respondents and any of Respondents' officers, agents, servants, employees, and attorneys, as well as any other persons acting in concert with them, be, and the same hereby **are ENJOINED from removing or transferring Petitioner from this judicial district pending further order of this Court**.

Service shall be made upon Respondents in accordance with the Agreement on Acceptance of Service. A copy of this Order shall also be sent to Petitioner.

**IT IS SO ORDERED**.

_____
/s/

Mark S. Davis
United States District Judge

Norfolk, Virginia
February **6** , 2026

2